**Order entered May 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00709-CR

### WILLIAM AUTREY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F10-16130-Q

## ORDER

The Court **REINSTATES** this appeal.

On March 11, 2014, we ordered the trial court to make findings regarding the completeness of the record. We **ADOPT** the findings that: (1) at the time this case was tried, appellant had eight other cases pending in Dallas County; (2) appellant was represented by several different attorneys at different stages of the proceedings and that various motions were filed and hearings were held by different attorneys throughout different stages of the proceedings; (3) several motions filed on appellant's behalf by various counsels contained all eight case numbers in the headings; (4) the Clerk's Record should be supplemented with any and all motions that contain trial cause no. F10-16130-Q that may have been scanned in the other seven cases against appellant.

We **ORDER** the Dallas County District Clerk to file a supplemental record, within **THIRTY (30) DAYS** from the date of this order, that contains any and all motions that contain the trial cause no. F10-16130-Q and that may have been scanned in under the other seven cases pending against the appellant.

We **GRANT** appellant's March 7, 2014 third motion for extension of time to file appellant's brief.

We **ORDER** Valencia Bush to file appellant's brief within **SIXTY (60) DAYS** from the date of this order.

/s/     DAVID EVANS
        JUSTICE